UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL JOSEPH WIELAND, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 4:13CV1577 JCH |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION PENDING APPEAL (EXPEDITED ACTION REQUESTED)**

The Plaintiffs, Paul and Teresa Wieland, intend to file a notice of appeal forthwith, but prior thereto, pursuant to Federal Rule of Appellate Procedure 8(a)(1), they make this motion on an emergency basis for a preliminary injunction pending appeal.

Plaintiffs respectfully move the Court for a preliminary injunction prohibiting Defendants, their officers, agents, servants, employees, attorneys, and other persons who are in active concert and participation with them, from enforcing the mandate of 42 U.S.C. § 300gg–13(a)(4) and its implementing regulations to the extent it requires coverage for contraceptives, sterilization, abortion-inducing drugs and related patient education and counseling, against the Wielands and/or any employer, group health plan or health insurance issuer when offering insurance coverage to them, pending resolution of the Wielands' appeal to the Eighth Circuit Court of Appeals.

Absent relief, the Wielands will be forced to provide religiously-objectionable coverage to their dependent daughters in violation of their sincerely-held religious beliefs or will be

forced to terminate coverage for their daughters altogether and, as of January 1, 2014, face fines.  In either event, the Wielands' exercise of religion will be substantially burdened and they will therefore be irreparably harmed.  Given the urgent nature of this matter, and the Wielands' plans to seek similar relief from the Eighth Circuit if necessary, the Wielands request that this motion be given expedited consideration.

In support of this motion, the Wielands file simultaneously herewith and incorporate by reference their Memorandum in Support of this motion.

Respectfully submitted this 21st day of October, 2013.

        OTTSEN, LEGGAT AND BELZ, L.C.

By: /s/ Timothy Belz_____
Timothy Belz  #MO-31808
J. Matthew Belz #MO-61088
112 South Hanley, Second Floor
St. Louis, Missouri 63105-3418
Phone: (314) 726-2800
Facsimile: (314) 863-3821
tbelz@omlblaw.com

Peter Breen
Thomas J. Brejcha
THOMAS MORE SOCIETY
19 S. La Salle Street, Suite 603
Chicago, IL 60603
Phone: (312) 782-1680
Facsimile: (312) 782-1887

Kevin Edward White
KEVIN EDWARD WHITE & ASSOCIATES
77 W. Wacker Drive, Suite 4800
Chicago, IL 60601
Phone: (312) 606-8602
Facsimile: (312) 606-8603

Attorneys for Plaintiffs
Paul and Teresa Wieland

## Certificate of Service

  I hereby certify that on October 21, 2013, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri to be served by operation of the Court's electronic filing system upon the following registered CM/ECF participants:

 Michelle Bennett
 United States Department of Justice
 Civil Division, Federal Programs Branch
 20 Massachusetts Avenue N.W. Room 7310
 Washington, D.C. 20530

                /s/ Timothy Belz