# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 22, 2013

Mr. Timothy Belz
OTTSEN & MAUZE
The Midvale Building
112 S. Hanley
Saint Louis, MO  63105-3418

      RE:  13-3528  Paul Wieland, et al v. U.S. Dept. of HHS, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register

with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl.

Questions about CM/ECF may be addressed to the Clerk's office.

     If you have any questions about the schedule or procedures for the case, please contact our office.

                              Michael E. Gans
                              Clerk of Court

PSA

Enclosure(s)

cc:    Ms. Michelle R. Bennett
       Mr. Peter C. Breen
       Mr. Kevin E. White
       Mr. James G. Woodward

        District Court/Agency Case Number(s):   4:13-cv-01577-JCH

**Caption For Case Number:   13-3528**

Paul Joseph Wieland; Teresa Jane Wieland

   Plaintiffs - Appellants

v.

United States Department of Health and Human Services; Kathleen Sebelius, in her official capacity as the Secretary of the United States Department of Health and Human Services; United States Department of Treasury; Jacob J. Lew, in his official capacity as the Secretary of the United States Department of the Treasury; United States Department of Labor; Thomas E. Perez, in his official capacity as Secretary of the United States Department of Labor

   Defendants - Appellees

**Addresses For Case Participants:   13-3528**

Mr. Timothy Belz
OTTSEN & MAUZE
The Midvale Building
112 S. Hanley
Saint Louis, MO  63105-3418

Ms. Michelle R. Bennett
U.S. DEPARTMENT OF JUSTICE
Room 7310
20 Massachusetts Avenue, N.W.
Washington, DC  20530-0000

Mr. Peter C. Breen
Suite 603
19 S. LaSalle Street
Chicago, IL  60603

Mr. Kevin E. White
Suite 603
19 S. LaSalle Street
Chicago, IL  60603

Mr. James G. Woodward
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000