UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL JOSEPH WIELAND, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF HEALTH AND HUMAN SERVICES, )<br>et al., )<br>)<br>Defendants. ) | Case No. 4:13CV1577 JCH |

**CONSENT MOTION FOR ADDITIONAL TIME TO FILE
MOTION FOR ATTORNEYS' FEES AND COSTS**

Plaintiffs Paul and Teresa Wieland, for their Consent Motion for Additional Time to File Motion for Attorneys' Fees and Costs, state as follows:

1. Plaintiffs are the prevailing parties in this action and plan to move for an award of attorneys' fees and costs pursuant to 42 U.S.C. § 1988 and the federal and local procedural rules.

2. Due to the press of business and vacation schedules, Plaintiffs request an extension of time to file such a motion and supporting documents until and including August 18, 2016.

3. Counsel for the Government has consented in writing to this request.

WHEREFORE, Plaintiffs request an extension of time until and including August 18, 2016 to file their motion for attorney fees and costs.

          OTTSEN, LEGGAT AND BELZ, L.C.


      By:  /s/ Timothy Belz_____
            Timothy Belz  #MO-31808
            J. Matthew Belz #MO-61088
            112 South Hanley, Second Floor
            St. Louis, Missouri 63105-3418
            Phone: (314) 726-2800
            Facsimile: (314) 863-3821
            tbelz@olblaw.com
            jmbelz@olblaw.com

            Peter Breen
            Thomas J. Brejcha
            THOMAS MORE SOCIETY
            19 S. La Salle Street, Suite 603
            Chicago, IL 60603
            Phone: (312) 782-1680
            Facsimile: (312) 782-1887

            Attorneys for Plaintiffs

**Certificate of Service**

     I hereby certify that on August 2, 2016, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri to be served by operation of the Court's electronic filing system upon the following registered CM/ECF participants:

  Michelle Bennett
  United States Department of Justice
  Civil Division, Federal Programs Branch
  20 Massachusetts Avenue N.W. Room 7310
  Washington, D.C. 20530

                               /s/ Timothy Belz_____