IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| PAUL JOSEPH WIELAND, *et al.*,<br><br>                  Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>                  Defendants. | Civil Action No.<br>4:13-cv-01577-JCH |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants, United States Department of Health and Human Services; Sylvia M. Burwell, in her official capacity as Secretary of Health and Human Services; United States Department of Labor; Thomas E. Perez, in his official capacity as Secretary of Labor; United States Department of the Treasury; and Jacob J. Lew, in his official capacity as Secretary of the Treasury, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Memorandum and Order (Dkt. No. 86) entered on July 21, 2016, and the Order (Dkt No. 87) entered on July 21, 2016, as well as all underlying and interlocutory orders on which the judgment depends.

Respectfully submitted this 16th day of September, 2016,

                                          BENJAMIN C. MIZER
                                          Principal Deputy Assistant Attorney General

                                          RICHARD CALLAHAN
                                          United States Attorney

                                          JENNIFER D. RICKETTS
                                          Director

SHEILA M. LIEBER
Deputy Director

 s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar No. 37050)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7310
Washington, D.C.  20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

Attorneys for Defendants

Case: 4:13-cv-01577-JCH   Doc. #:  96   Filed: 09/16/16   Page: 2 of 3 PageID #: 1276

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.


       /s/ Michelle R. Bennett
       MICHELLE R. BENNETT