US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** USCA#:

Wieland et al v. United States Department of Health and Human Services et al

**Case Number:**

4:13cv1577 JCH

| Plaintiff: | Defendant: |
|---|---|
| **Paul Joseph Wieland et al** | **United States Department of Health and Human Services et al** |
| Attorney: | Attorney: |
| | Michelle R Bennett |
| | U.S. DEPARTMENT OF JUSTICE - CIVIL DIVISION |
| | Federal Program Branch |
| | 20 Massachusetts Avenue, NW |
| | P.O. Box 883 |
| | Washington, DC 20530 |
| | 202-305-8902 |
| | Fax: 202-616-8470 |
| | Email: michelle.bennett@usdoj.gov |
| SEE DOCKET SHEET | |

**Court Reporter:**

Please return files and documents to:

Clerk, Eastern District of Missouri

Person to contact about the appeal::

Beth Kirkland   244-7925

NONE

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| N/A | NO FEE PAID | N/A | N/A |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| MICHELLE BENNETT | [90] ATTORNEY FEES | N/A | N/A |

Criminal Cases/Prisoner Pro Se Cases Only:

Is defendant incarcerated?   Yes   No   Where:

Please list all other defendants in this case if there were multiple defendants: