# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-3831

Paul Joseph Wieland, a Missouri Resident and Teresa Jane Wieland

Appellees

v.

United States Department of Health and Human Services, et al.

Appellants

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:13-cv-01577-JCH)
_____

**ORDER**

The appellants' motion to hold this appeal in abeyance is granted, and the appeal will be held in abeyance through February 13, 2017.  At that time, the parties should submit letters to the clerk stating their positions regarding a further stay of the proceedings.

November 23, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans