# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  16-3831
_____

Paul Joseph Wieland, a Missouri Resident; Teresa Jane Wieland

Plaintiffs - Appellees

v.

United States Department of Health and Human Services; Sylvia Mathews Burwell, in her official capacity as the Secretary of the United States Department of Health and Human Services; United States Department of Treasury; United States Department of Labor; Thomas E. Perez, in his official capacity as Secretary of the United States Department of Labor; Steven T. Mnuchin, in his official capacity as the Secretary of the United States Department of the Treasury

Defendants - Appellants

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:13-cv-01577-JCH)

------

**JUDGMENT**

Before WOLLMAN, COLLOTON and BENTON, Circuit Judges.

The parties have filed a joint stipulation for dismissal of the appeal.  Pursuant to the provisions of Federal Rule of Appellate Procedure 42(b), the matter is dismissed.  The court's mandate shall issue forthwith.

November 16, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

November 16, 2017

Mr. Joshua Marc Salzman
U.S. DEPARTMENT OF JUSTICE
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC  20009

     RE:  16-3831  Paul Wieland, et al. v. U.S. Dept of HHS, et al.

Dear Counsel:

     Attached is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

                                  Michael E. Gans
                                  Clerk of Court

LMT

Enclosure(s)

cc:     Ms. Megan Barbero
          Mr. Timothy Belz
          Ms. Michelle R. Bennett
          Mr. Peter C. Breen
          Mr. Thomas J. Brejcha
          Ms. Alisa Beth Klein
          Mr. Gregory J. Linhares
          Mr. Patrick Nemeroff
          Mr. Kevin Edward White

     District Court/Agency Case Number(s):   4:13-cv-01577-JCH